RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio,<br><br>        Plaintiff,<br><br>Vs.<br><br>Angela Xiomara Martinez, individually and dba El Chalan Restaurant; Ronald M. Jeha, Trustee of the Jeha 1991 Trust; Ruth E. Jeha, Trustee of the Jeha 1991 Trust, and Does 1 to 50,<br><br>        Defendants. | Case Number C-20-1809 KAW<br><br>NOTICE OF VOLUNTARY DISMISSAL WITH RESPECT TO DEFENDANTS RONALD M. JEHA AND RUTH E. JEHA ONLY |

Plaintiff Jose Daniel Castillo-Antonio, through his attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal of this matter with respect to defendants Ronald M. Jeha and Ruth E. Jeha only, and requests that the clerk of the Court enter the appropriate notation on the Court's docket.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio

May 11, 2020

NOTICE OF VOLUNTARY DISMISSAL AS AGAINST DEFENDANTS Ronald M. Jeha and Ruth E. Jeha ONLY 20-1809 KAW

-1-