```
1  RICHARD MAC BRIDE, SB# 199695
   LAW OFFICES OF RICHARD A. MAC BRIDE
2  865 Marina Bay Parkway, Suite 43
3  RICHMOND, CA 94804
   Phone 415-730-6289
4  Fax 510-439-2786
5  Attorney for Plaintiff Jose Daniel Castillo-Antonio
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio,<br><br>          Plaintiff,<br><br>Vs.<br><br>Angela Xiomara Martinez, et al.,<br>          Defendants. | Case Number 20-1809 KAW<br><br>NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE |

Plaintiff Jose Daniel Castillo-Antonio, through his attorney of record, Richard A. Mac Bride, hereby provides notice of voluntary dismissal of this entire matter with respect to all defendants and all causes of action, and requests that the clerk of the Court enter the appropriate notation on the Court's docket.

Law Offices of Richard A. Mac Bride

By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio

January 7, 2021

---